*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-3544-GW | Date | May 10, 2012 |
|---|---|---|---|
| Title | *In Re David J. Behrend* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On March 15, 2012, an Order to Show Cause re Bankruptcy Appeal was issued for the following reason: Appellant has failed to timely file with the Clerk of the Bankruptcy Court: the notice re reporter's transcript.

Appellant was given until April 6, 2012 to respond and no response or objection has been filed. Appellant is hereby notified that this action is dismissed without prejudice.

                                                                                                                     :

Initials of Preparer    JG